UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEHEMIAH ROLLE,

                          Plaintiff(s),                  ORDER

      -against-                                          CV 03-3535 (DRH) (ETB)

MERYL J. BERKOWITZ, personally and individually
and in her official capacity as a Nassau County
Court Judge,
                        Defendant(s).
------------------------------------------------------------------X

Based on the condition of the plaintiff's release on parole, see docket entry No. 10, Rolle v. Boyle, CV 05-3362, and pursuant to 28 U.S.C. § 455(a), I recuse myself in the following actions in which Nehemiah Rolle is a party:

    1)    CV 95-0203    Rolle, et al. v. Nassau Community College
    2)    CV 96-0585    Rolle v. Fanelli, et al.
    3)    CV 99-2587    Rolle, et al. v. N. County, et al.
    4)    CV 00-3872    Rolle v. DeRiggi, et al.
    5)    CV 01-2414    Rolle v. Nassau County Correctional Facility, et al.
    6)    CV 01-2719    Rolle v. Meenan, et al.
    7)    CV 01-3172    Rolle v. Cassidy
    8)    CV 01-6667    Rolle v. Honorof, et al.
    9)    CV 02-3829    Rolle v. Ruskin
    10)    CV 02-4398    Rolle v. McCarthy, et al.
    11)    CV 02-4171    Rolle v. Ort
    12)    CV 03-1540    Rolle v. LaPera
    13)    CV 03-1789    Rolle v. Kurtzrock
    14)    CV 03-2039    Rolle v. Carter
    15)    CV 03-3535    Rolle v. Berkowitz

SO ORDERED:

Dated: Central Islip, New York
         September 22, 2005

                                                      /s/ E. Thomas Boyle
                                                      E. THOMAS BOYLE
                                                      United States Magistrate Judge